Todd Smith,

On January 15 2015 I mailed two checks. One to Jane Gibbons and another to Lee Marzilli. The check numbers for those checks I believe were 149 and 150. At that time I did not send a check to Catherine Handel, I had not yet received the amount owed to her. At that time and for a while after I still did not hear anything from Catherine Handel.

2015 FEB 13 P 12: 45
FILED IN CLERKS OFFICE
FOR THE 1st APPEALS

I went on to receive a letter from the court stating that they never received my checks. The next day on January 30th I drove to the courthouse and hand delivered the checks to Jane *Gibbons and* Catherine Handel. Jane tool Lee gibbons check from me. At this time was when I finally got the total for my payment to Catherine Handel .She went on to tell me that she tried to contact me many *times*. Then at the end of the conversation she asked me for my Email address. I thought that was pretty odd.

I asked for a receipt that they had received my payments. I was told that they could not give me one but I have a written document that they dated and signed that I asked for to prove that they received my money. At this time I was told that they would notify the proper people that they had gotten the money so my appeal could proceed. They didn't tell anyone they got my money because this past Thursday I was notified by anther claiming they still had not received my money. All of the checks were cashed right away, two on Jan 30th the day they received them the other on Feb 2 three days later. I am also enclosing a copy of the document that I received as a receipt of receiving my payment.

I apologize for the delay in this matter. I do not want to delay the process any longer. I hope that we can proceed with this matter in a timely manner. I will do whatever I need to so we don't have things like this happen again. Thank you for all your help in this situation.

Joseph Angiuoni Sr.

1/30/15

I Jane P. Gibbons received $1,100 from Joe Angivoni, and took Lee Marzelli's check for $660 65/100.

Jane P. Gibbs —

I, Catherine Harold, received ck #171 in the amount of $602.25, dated 1-30-15.

Catherine Harold

Joseph Angiuoni
5 Shawsheen St
Tewksbury, MA 01876

USMS SCREENED

Attn: Todd Smith
United States court of appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse way Suite 2500
Boston, MASS 02210

0221 0302499

MANCHESTER NH 030
10 FEB 2015 PM 1 L

FOREVER USA